ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta

NOV 29 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION NO. |
| v. | : | |
| | : | 1:07-CR-397-RWS |
| MALIK KARIMI, | : | |
| | : | |
| Defendant. | : | |

**INFORMATION**

The United States Attorney charges that:

Beginning as early as October 1999 and continuing until in or about November 2004, within the Northern District of Georgia, the defendant, **MALIK KARIMI**, did engage in a practice of continuing to employ in the United States aliens, among others, Rozina Jivan, knowing and after learning that said person[s] were unauthorized aliens (as defined in Title 8, United States Code, Section 1324a(h)(3)) with respect to such employment, in violation of Title 8, United States Code, Sections 1324a(a)(2) and 1324a(f)(1).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia
404.581.6009
404.581.6181 (facsimile)
Georgia Bar No. 121760