FILED IN CHAMBERS
U.S.D.C   Atlanta

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DEC 0 3 2007

**UNITED STATES OF AMERICA**

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

-vs-

**Case No.  1:07-CR-397-RWS**

**MALIK KARIMI**

**Defendant's Attorney:**
**Ed Garland and Janice Singer**

### JUDGMENT IN A CRIMINAL CASE
#### (For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count One of the Information

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 8 U.S.C. §§§ 1324a(h)(3), 1324a(a)(2) & 1324a(f)(1) | Unlawful Employment of Aliens | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to 18 U.S.C. § 3553(a).

It is ordered that the defendant shall pay the special assessment of $ 50.00 which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.  XXX-XX-3263
Defendant's Date of Birth: 1962
Defendant's Mailing Address:
Duluth, Georgia

Date of Imposition of Sentence: November 29, 2007

Signed this the 3rd day of December, 2007.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

1 07-CR-397-RWS · MALIK KARIMI

## PROBATION

The defendant is hereby placed on probation for a term of **three (3) years.**

While on probation, the defendant shall not commit another federal, state or local crime.

There shall be no travel restrictions imposed as a condition of probation, including international travel, other than promptly providing notice to the probation officer

The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended  The Court finds that this offense is not drug related, and this defendant has no current or past history of substance abuse.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## FINE

The Court will waive the fine in this case

1 07-CR-397-RWS   MALIK KARIMI

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without giving prior notice to the probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction s of the probation officer;

4)   the defendant shall support his or her dependants and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment,

7)   the defendant shall refrain from excessive use of alcohol;

8) ·  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.