**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:07-CR-0397-01-RWS |
| MALIK KARIMI, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court for consideration of the Unopposed Motion for Early Termination of Probation [8].  After reviewing the case, Defendant's Motion is hereby **GRANTED**, and his probation is terminated.

**SO ORDERED** this  30th  day of September, 2009.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)